UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RADIATOR SPECIALTY COMPANY,

Plaintiff,

v.

PENNZOIL-QUAKER STATE COMPANY, formerly known as Pennzoil Products Company, and PANDORA MANUFACTURING, INC., formerly known as Snap Products, Inc.,

Defendants.

File No. 01-CV-184 (DWF/AJB)

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT PENNZOIL-QUAKER STATE COMPANY AND DEFENDANT PANDORA MANUFACTURING, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**

**STIPULATION**

Plaintiff Radiator Specialty Company and defendant Pennzoil-Quaker State Company and Defendant Pandora Manufacturing, Inc., by and through their undersigned counsel, hereby stipulate and agree that defendant Pennzoil-Quaker State Company may and shall have until Tuesday, May 1, 2001 to answer, move or otherwise plead in response to plaintiff's First Amended Complaint in the above-captioned action, and that Defendant Pandora Manufacturing, Inc. shall have until Tuesday, May 8, 2000 to answer, move or otherwise plead in response to plaintiff's First Amended Complaint in the above-captioned action.

FILED APR 0 6 2001

SO AGREED.

Dated: 4/4, 2001

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By: Kevin D. Conneely

Kevin D. Conneely (#192703)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Phone: (612) 349-8500

ATTORNEYS FOR PLAINTIFF

Dated: 4-4, 2001

BOWMAN & BROOKE, LLP

By: [signature]

Steven L. Reitenour, Esq. (#225691)
159 South 5th Street
Suite 2600
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT
PANDORA MANUFACTURING, INC.

Dated: April 4, 2001

FAEGRE & BENSON LLP

By: Lianne Knych

John D. French (#31914)
James R. Steffen (#204717)
Lianne C. Knych (#268896)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-336-3000

ATTORNEYS FOR DEFENDANT
PENNZOIL-QUAKER STATE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: 4/5, 2001

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

M2:20367689.01