UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RADIATOR SPECIALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>PENNZOIL-QUAKER STATE COMPANY, formerly known as PENNZOIL PRODUCTS COMPANY, and PANDORA MANUFACTURING, INC., formerly known as SNAP PRODUCTS, INC.,<br><br>Defendants. | CIVIL NO.: 01-CV-184 DWF/AJB<br><br>**STIPULATION AND ORDER** |

**STIPULATION**

The Plaintiff, by the signature of its attorneys below, hereby agrees to allow defendant PANDORA MANUFACTURING, INC. ("Pandora") an extension of time until May 15, 2001, to serve and file an answer or other response to plaintiff's Amended Complaint. Pandora moves the Court for an Order confirming the Stipulation stated above. Plaintiff does not oppose the motion.

Dated May 8th, 2001.

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By Kevin D. Conneely
Kevin D. Conneely (#192703)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500

ATTORNEY FOR PLAINTIFF

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 8, 2001.

BOWMAN AND BROOKE LLP

By [signature]

David R. Kelly (#54665)
Steven L. Reitenour (#0225691)
Christine N. Lindblad (#0277666)
150 South Fifth Street
Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 339-8682

ATTORNEYS FOR DEFENDANT
PANDORA MANUFACTURING, INC.

**ORDER**

Based upon the stipulation of the parties, it is hereby ORDERED that defendant PANDORA MANUFACTURING, INC. is granted an extension until March 22, 2001, to serve and file an answer or other response to plaintiff's Amended Complaint.

Dated: May 9, 2001.

BY THE COURT:

[signature]

The Honorable Arthur J. Boylan